# EXHIBIT 1

## THE EXECUTED SETTLEMENT AGREEMENT

## TO BE PROVIDED UNDER SEPARATE COVER FOR *IN CAMERA* REVIEW UNLESS OTHERWISE DIRECTED BY THE COURT