UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

HOLLY GREGORY, MATTHEW POTTER,
and ASTRID HALTEN, individually and
on behalf of all others similarly situated,

                    Plaintiff,
-against-                                    Civil Action No.
                                                          7:14-cv-00033-TJM-ATB

STEWART'S SHOPS CORP.,

                    Defendant.
_____

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, AND CLASS COUNSEL'S APPLICATION FOR ATTORNEY'S FEES AND SERVICE AWARDS TO NAMED PLAINTIFFS**

NOW COMES Plaintiffs Holly Gregory, Matthew Potter, and Astrid Halten, individually and on behalf of all others similarly situated, through counsel ("Plaintiffs"), and for their motion for final approval of class and collective action settlement, and class counsel's application attorneys' fees and service awards to the Named Plaintiffs state as follows:

      1.      In accordance with the attached Memorandum of Law, Declaration of David Iversen, Esq. sworn to December 17, 2019, Declaration of Jennifer M. Keough sworn to December 18, 2019, Plaintiffs seek final approval of their settlement for this class and collective action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), and class counsel's application for attorneys' fees, and service awards to the Named Plaintiffs.

    2.      This motion is made pursuant to Federal Rules of Civil Procedure sections 23(h) and 54(d)(2) fifteen (15) days before the Class Action Fairness Hearing to be heard by Judge McAvoy on January 2, 2020 at 15 Henry Street, Binghamton, NY 13901.

    3.      Accordingly, for the reasons stated in the attached Memorandum of Law, Declaration of David I. Iversen, Esq. and Declaration of Jennifer M. Keough, it is respectfully requested that the class and collective action settlement that was preliminarily approved by this Court on July 24, 2019 be granted final approval, and Class Counsel's application for attorneys' fees and service awards to the named plaintiffs be granted.

Respectfully Submitted,

Dated: December 18, 2019

E. STEWART JONES
HACKER MURPHY, LLP

/s/ _____
David I. Iversen, Esq.
Ryan M. Finn, Esq., of counsel
28 Second Street
Troy, NY 12180
518.213.0115
Attorneys for Plaintiffs